IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| S. KIMBERLY MCCALEB, | ] | |
| *Plaintiff,* | ] | |
| vs. | ] | Docket No. <u>1-14-0009</u> |
| ASCENSION HEALTH, INC., | ] | JURY DEMAND |
| SAINT THOMAS HEALTH f/k/a/ SAINT THOMAS HEALTH SERVICES, | ] | |
| SAINT THOMAS HICKMAN HOSPITAL f/k/a HICKMAN COMMUNITY HEALTHCARE SERVICES, INC. a/k/a HICKMAN COMMUNITY HOSPITAL, | ] | |
| SAINT THOMAS HOME HEALTH f/k/a HICKMAN COMMUNITY HOME CARE, INC., | ] | |
| *Defendants.* | ] | |

## PROPOSED ORDER

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

That The Clerk of the Court shall substitute the attached redacted document for the one currently in the record; and further that the original document shall be removed from every form of the Clerk's file, including, but not limited to ECF, and replaced with redacted Exhibit B.

ENTERED this 27th day of January 2014.

_____
WILLIAM J. HAYNES, JR.
CHIEF DISTRICT JUDGE

1