UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| S. KIMBERLY MCCALEB, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1:14-cv-9<br>) |
| ASCENSION HEALTH, INC., | ) CHIEF JUDGE HAYNES<br>) |
| SAINT THOMAS HEALTH f/n/a SAINT THOMAS HEALTH SERVICES, | ) JURY DEMAND<br>) |
| SAINT THOMAS HICKMAN HOSPITAL f/n/a HICKMAN COMMUNITY HEALTHCARE SERVICES, INC. a/k/a HICKMAN COMMUNITY HOSPITAL, | )<br>)<br>)<br>) |
| SAINT THOMAS HOME HEALTH f/k/a HICKMAN COMMUNITY HOME CARE, INC., | )<br>)<br>) |
| Defendants. | )<br>) |

*[Handwritten annotation: Denied with the amended complaint that supersedes the original complaint. This renders motion to dismiss without prejudice to renew. Will... 3-11-14]*

ASCENSION HEALTH'S, SAINT THOMAS HEALTH'S, AND SAINT THOMAS HOME HEALTH'S MOTION TO DISMISS AND ALL DEFENDANTS' MOTION FOR PARTIAL DISMISSAL

Comes now the multiple Defendants in this matter, through counsel, and move to dismiss Ascension Health,[1] Saint Thomas Health and Saint Thomas Home Health as party Defendants. Defendants also move to dismiss the Plaintiff's claims brought for alleged violations of the Americans with Disabilities Act ("ADA"), negligent infliction of emotional distress, negligence, negligence *per se*, negligent hiring and invasion of privacy.

---

[1] Ascension Health is incorrectly listed in Plaintiff's Complaint as Ascension Health, Inc.