UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| S. KIMBERLY MCCALEB, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:14-cv-9 |
| ASCENSION HEALTH, INC., | ) CHIEF JUDGE HAYNES |
| SAINT THOMAS HEALTH f/n/a SAINT THOMAS HEALTH SERVICES, | ) JURY DEMAND |
| SAINT THOMAS HICKMAN HOSPITAL f/n/a HICKMAN COMMUNITY HEALTHCARE SERVICES, INC. a/k/a HICKMAN COMMUNITY HOSPITAL, | ) |
| SAINT THOMAS HOME HEALTH f/k/a HICKMAN COMMUNITY HOME CARE, INC., | ) |
| Defendants. | ) |

## AGREED ORDER

During the Initial Case Management Conference on March 17, 2014, counsel for Plaintiff agreed to advise Defendants' counsel whether Plaintiff will voluntarily dismiss Ascension Health from her Amended Complaint. Counsel for the parties have agreed that the deadline for Defendants to respond to Plaintiff's Amended Complaint will follow the date on which Plaintiff's counsel advises Defendants' counsel whether Plaintiff will voluntarily dismiss Ascension Health from her Amended Complaint.

More specifically, as evidenced by the signatures of undersigned counsel, Plaintiff and Defendants agree that Defendants' Answer or other response to Plaintiff's Amended Complaint

will be filed no later than seven (7) calendar days after the date on which Plaintiff's counsel informs Defendants' counsel, in writing, whether Plaintiff intends to voluntarily dismiss Ascension Health as a named Defendant. However, in the event Plaintiff elects to voluntarily dismiss Ascension Health and Plaintiff files a motion to amend her Amended Complaint, Plaintiff and Defendants agree that Defendants' Answer or other response to Plaintiff's Second Amended Complaint will be filed no later than fourteen (14) calendar days after the date on which Defendants are served with the Second Amended Complaint, pursuant to Federal Rule of Civil Procedure 15.

The parties agree that in no event will Defendants' response to the Amended Complaint or a Second Amended Complaint be due to be filed earlier than March 28, 2014.

**It is, therefore, ORDERED:**

1. That Defendants' deadline to Answer or otherwise respond to Plaintiff's Amended Complaint will be seven (7) calendar days after the date on which Plaintiff's counsel informs Defendants' counsel, in writing, whether Plaintiff intends to voluntarily dismiss Ascension Health as a named Defendant, <u>unless</u> Plaintiff elects to voluntarily dismiss Ascension Health and files a motion to amend her Amended Complaint.

2. That, if Plaintiff elects to voluntarily dismiss Ascension Health and files a motion to amend her Amended Complaint, Defendants' deadline to Answer or otherwise respond to Plaintiff's Second Amended Complaint will be fourteen (14) calendar days after the date on which Defendants are served with the Second Amended Complaint.

3. That, in any event, Defendants' Answer or other response to the Amended Complaint or a Second Amended Complaint will not be due to be filed any earlier than March 28, 2014.

It is so **ORDERED**.

Entered this 21st day of March, 2014.

                                                WILLIAM J. HAYNES, JR.
                                                Chief Judge
                                                United States District Court