UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| S. KIMBERLY MCCALEB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:14-cv-9 |
| | ) | |
| SAINT THOMAS HEALTH f/n/a SAINT THOMAS HEALTH SERVICES, | ) ) | CHIEF JUDGE HAYNES |
| | ) | JURY DEMAND |
| SAINT THOMAS HICKMAN HOSPITAL f/n/a HICKMAN COMMUNITY HEALTHCARE SERVICES, INC. a/k/a HICKMAN COMMUNITY HOSPITAL, | ) ) ) ) | |
| SAINT THOMAS HOME HEALTH f/k/a HICKMAN COMMUNITY HOME CARE, INC., | ) ) ) | |
| Defendants. | ) ) | |

### DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY

Defendants Saint Thomas Health, Saint Thomas Hickman Hospital, and Saint Thomas Home Health (collectively, the "Defendants") hereby move to file a Reply to Plaintiff's Response in Further Support of their Motion to Dismiss and/or Motion for Partial Dismissal. Defendants believe that Plaintiff has raised a few issues that require a brief response and that the additional information Defendants provide in this Reply will assist the Court in making a determination on Defendants' Motion to Dismiss and/or Motion for Partial Dismissal. A copy of Defendants' proposed Reply brief is attached as **Exhibit A** to this Motion.

**WHEREFORE,** Defendants respectfully request permission to file their Reply to Plaintiff's Response in Further Support of their Motion to Dismiss and/or Motion for Partial